

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

Case 2:17-mj-00093-VCF   Document 7   Filed 02/01/17   Page 2 of 4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-mj-00093-VCF |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JACK W. MORGAN (ID#) 365702 |
| vs. | |
| JACK W. MORGAN, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JACK W. MORGAN** before the United States District Court at Las Vegas, Nevada, on or about February 10, 2017, at the hour of 3:00 p.m. for initial appearance/arraignment and plea and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 1, 2017

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336

FILED
2016 FEB -1 AM 11:08
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK W. MORGAN,<br><br>Defendant. | Case No.: 2:17-mj-00093-VCF<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JACK W. MORGAN<br>(ID#) 365702 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JACK W. MORGAN**, is committed by due process of law in the custody of the Santa Fe County Adult Correctional Facility, Santa Fe, New Mexico, that it is necessary that the said **JACK W. MORGAN** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JACK W. MORGAN** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on February 10, 2017, at the hour of 3:00 p.m., for initial appearance/arraignment and plea and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JACK W. MORGAN** before the United States District Court on or about February 10, 2017 at the hour of 3:00 p.m., for initial appearance/arraignment

1  and plea and from time to time and day to day thereafter until excused by the Court has been
2  ordered by the United States Magistrate or District Judge for the District of Nevada.
3        WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4  Prosequendum issue out of this Court, directed to the Santa Fe County Adult Correctional Facility,
5  Santa Fe, New Mexico and to the United States Marshal for the District of New Mexico,
6  commanding them to produce the said **JACK W. MORGAN** before the United States District
7  Court on or about February 10, 2017, at the hour of 3:00 p.m., for initial appearance/arraignment
8  and plea and from time to time and day to day thereafter, at such times and places as may be
9  ordered and directed by the Court entitled above, to appear before the Court, and when excused
10 by the said Court, to be returned to the custody of the Santa Fe County Adult Correctional Facility,
11 Santa Fe, New Mexico.
12       DATED this <u>1st</u> day of February, 2017.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Susan Cushman
_____
SUSAN CUSHMAN
Assistant United States Attorney